respondents.

No. 965. NELSON v. JADRIJEVICS. June 4, 1934. Petition for writ ·of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. P. M. Milner* for petitioner. No appearance for respondent.

No. 987. MORSE ET AL. v. UNITED STATES. June 4, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Marvin Farrington* and *Robert Cushman* for petitioners. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *H. Brian Holland* for the United States.

No. 997. GUARDIAN TRUST CO. ET AL. v. KEITH ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Archer Wheatley, Justin D. Bowersock,* and *John F. Rhodes* for petitioners. No appearance for respondents.

No. 998. MCINTOSH v. SEYMOUR, TRUSTEE IN BANKRUPTCY, ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis E. Hart* for petitioner. *Mr. Thomas S. Tobin* for respondents.

No. 999. BENSINGER, TRUSTEE, ET AL. v. HILLES ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

*Mr. Samuel Zirn* for petitioners. *Mr. Grenville Clark* for respondents.

No. 1000. BANKS *v.* CORNING BANK & TRUST CO. June 4, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Thos. S. Buzbee* for petitioner. *Mr. G. B. Oliver, Jr.,* for respondent.

No. 1001. CLOUDY REALTY CORP. *v.* IRVING TRUST COMPANY, TRUSTEE IN BANKRUPTCY. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioner. *Mr. William D. Whitney* for respondent.

No. 1002. RUWITCH *v.* FRANKEL ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. Schwartz* for petitioner. *Messrs. Irving Herriott, Walter H. Eckert,* and *A. N. Pritzker* for respondents.

No. 1012. DUNLAP *v.* UNITED STATES. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. St. John Wines* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 1015. GHADIALI *v.* DELAWARE. June 4, 1934. Petition for writ of certiorari to the Supreme Court of Delaware denied. *Mr. Dinshah P. Ghadiali, pro se.* No appearance for respondent.